■ In the Matter of the Probate of the Will of JOSEPHINE C. ODHAM, Deceased. JOSEPHINE E. O. WARNE, Appellant; FRANCES DELANEY, as Executrix of JOSEPHINE C. ODHAM, Deceased, Respondent.— Motion granted and order entered July 9, 1959 amended by striking therefrom the words " with

costs to all parties filing briefs payable out of the estate", and inserting in place thereof the words "with costs to the respondent, payable out of the estate". Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.